**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-31087**
_____

**J.C. BREAUX, IV, doing business as Industrial Coating & Supplies;**
**BRENDA G. BREAUX, doing business as Industrial Coating &**
**Supplies,**

**Plaintiffs-Counter Defendants - Appellants,**

**versus**

**AMERON INTERNATIONAL CORP.; ET AL,**

**Defendants,**

**AMERON INTERNATIONAL CORP.,**

**Defendant-Counter Claimant - Appellee.**

**Appeal from the United States District Court**
**for the Western District of Louisiana**
**(98-CV-604)**

October 23, 2001

Before BARKSDALE and STEWART, Circuit Judges, and DUPLANTIER,

District Judge[1].

PER CURIAM:[2]

We conclude that we have jurisdiction over all issues

presented. **AFFIRMED.** _See_ 5TH CIR. R. 47.6.

---

[1]District Judge of the Eastern District of Louisiana, sitting
by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.